83,424-03,04

To the Clerk for the Court of Criminal Appeals

RE: File papers; Newly Available Evidence Proof; Federal Judgment of Conviction et seq.

Mr. Abel Acosta,

Enclosed please find the newly available evidence/documents, which became available this past week of the 22nd day of June. Could you please file with the Court.

Your time and effort is greatly appreciated.

Respectfully submitted: 6.29.15
29th
Gabriel Cardona #1444692 (pro se)
Ali Red Unit
2101 F.M. 369 N.
Iowa Park, TX 76367

4 pages total.

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 02 2015
Abel Acosta, Clerk

Court of Criminal Appeals WR NO: 83,424-03/83,424-04

Ex Parte Gabriel Cardona

In the Texas Court
OF CRIMINAL
APPEALS

§

§

§ Judgment entered in the 49th District Court
Webb County, Laredo, Texas. 4.16.07

## PRODUCTION OF NEWLY AVAILABLE EVIDENCE

Comes now Gabriel Cardona, the applicant in the above entitled and numbered causes, pro se, and introduces the following excerpts as evidence to prove points of argument in the above mentioned causes.

I.

The following documents, that is the Judgment of Conviction for Applicant's federal charge, is newly available, became available this past week of June 22nd, 2015, and proves that applicant's sentences, State and Federal, are not concurrent. His State sentence is not concurrent with his Federal Sentence. His Federal Sentence is not concurrent with his State Sentence. As alleged in applicants points of argument re: inducement into plea; Federal Sentence For trial Ct cause no: 2005 CRN 957-D1 A and 2006 CRN 770 D1A. Court of Crim. Appeals WR NO's: 83,424 03, 83,424-04. Thereby, applicant is entitled to relief.

pgs 1 & 2

1) Judgment of Conviction (Federal) Excerpts
   Case no: 5:08 CR 00244-S2-008
2) T.D.C.J records - re: Detainer
3) T.D.C.J Letter to Marshalls (U.S.)

Respectfully submitted: 6.29.15

Gabriel Cardona, #1444672
All Red Unit
2101 F.M. 369 N.
Iowa Park, TX 76367

Certified no: 7014 1820 0001 2049 7839

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Laredo

UNITED STATES OF AMERICA

V.

## GABRIEL CARDONA-RAMIREZ
### A/K/A : "PELON" , A.K.A: "GABY"

JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: **5:08CR00244-S2-008**

USM NUMBER: 95282-179

Jeffrey Czar
Defendant's Attorney

☐ See Additional Aliases.

## THE DEFENDANT:

☒ pleaded guilty to count(s)  thrity-two on August 11, 2008

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 956(a)(1) and 956(a)(2)(A) | Conspiracy to kill and kidnap in a foreign country | 04/14/2008 | 32 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) 1,2,4, 6-12,17-19, 31, 35,36, 38-44   ☐ is  ☒ are  dismissed on the motion of the  United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 5, 2009
Date of Imposition of Judgment

Signature of Judge

**MICAELA ALVAREZ**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By_____
Deputy Clerk

March 11, 2009   Cert no: 7014 1820 0001 2049 7839
Date

AN  | AAV

DEFENDANT:  GABRIEL CARDONA-RAMIREZ
CASE NUMBER:  5:08CR00244-S2-008

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____ LIFE _____

Although the defendant waived his right to appeal, he was reminded that he may still file a Notice of Appeal.

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:
The Court specifically finds that the underlying facts have not been the subject of state prosecution, therefore, this sentence is to run consecutive to the state sentences the defendant is currently serving.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Certified no: 7014 1820 0001 2049 7839



# Texas Department of Criminal Justice

Brad Livingston
Executive Director

April 2, 2009

United States Marshal
515 Rusk, Suite 10017
Houston, Texas 77002

To Whom It May Concern:

Notations have been made on our records showing that our
Name:       CARDONA, Gabriel
TDCJ#:      1444672
Your #:     508CR00244S2008
Type:       (F)
will be wanted by your Agency upon release from this institution.

You will be notified prior to release of this offender so that you may have an officer here to take him/her into custody.

Minimum discharge date          04-12-2086
Mandatory Supervision date       N/A
Parole eligibility date          04-11-2036

Sincerely,

*Joni M White*    Cert no: 7014
                  1820 0001 2049
                  7839

Joni M. White,
Assistant Director
Classification and Records

by:   sr/Deputy

cc:  Parole Division
     Unit Warden,    Telford
   / Offender
     File

```
          T. D. C. J.    --    I N S T I T U T I O N A L    D I V I S I O N
          DATE 04/02/09            RECORDS OFFICE            TIME 16:35:31
TDCJID: 01444672 NAME: CARDONA,GABRIEL              UNIT BYRD
SENT. BEGIN DATE 04/12/2006 TDC RECEIVE DATE 07/23/2007
INMATE STATUS STATE APPROVED TRUSTY CLASS III W      LAST PCR REQUEST 07/24/07

     SENT. OF RECORD      00080    YRS 00 MOS 00 DAYS    MAND SUPV PAROLE
     FLAT TIME SERVED        00002 YRS 11 MOS 24 DAYS    003  %    003  %
     GOOD TIME EARNED        00002 YRS 04 MOS 13 DAYS    000  %    002  %
     WORK TIME EARNED        00001 YRS 05 MOS 19 DAYS    000  %    001  %
     MAND SUPV TIME CREDITS  00002 YRS 11 MOS 24 DAYS    003  %
     PAROLE TIME CREDITS     00006 YRS 29 MOS 26 DAYS              006  %
     MINIMUM EXPIRATION DTE: 04/12/2086
     MAXIMUM EXPIRATION DTE: 04/12/2086

JAIL GOOD TIME RECD YES            NUMBER OF DETAINERS 01
GOOD TIME LOST 00000 DAYS          WORK TIME LOST 00000 DAYS
PAROLE STATUS    BPP DATE                          TDC CALC DATE 04/11/2036

*CALC PAROLE ELIG ON CALENDAR TIME

*NOT ELIGIBLE FOR MAND SUPV RELE
REQUEST _____
CONDUCT RECORD:
```